IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 11-313-SLR ) |
| FACEBOOK, INC., FANDANGO, INC. EXPEDIA, INC., FROM YOU FLOWERS, LLC, ELITE TOY STORE, INC., FAST FURNISHINGS, INC., AMAZON.COM, INC., EBAY, INC., AMERICAN AIRLINES, INC. and ZAPPOS.COM, INC., | ) **JURY TRIAL DEMANDED** ) ) ) ) ) ) |
| Defendants. | ) |

### DEFENDANT AMAZON.COM, INC.'S AND DEFENDANT ZAPPOS.COM, INC.'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Amazon.com, Inc. and Zappos.com, Inc. respectfully move to dismiss this case for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in Defendants' Memorandum of Law in Support of its Motion, which is being filed contemporaneously herewith.

Counsel met and conferred regarding this Motion; Plaintiff will oppose.

Respectfully submitted,

OF COUNSEL:

Salumeh R. Loesch
Jeffrey S. Love
Todd M. Siegel
Philip Warrich
Garth A. Winn
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 SW Salmon Street, Suite 1600
Portland, OR 97204

Dated: July 5, 2011
1018948 / 36808

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants Amazon.com, Inc. and Zappos.com Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 5, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 5, 2011, the attached document was Electronically Mailed to the following person(s):

Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
*Attorneys for Plaintiff*

Anthony G. Simon
Timothy E. Grochocinski
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
Saint Louis, MO 63101
asimon@simonlawpc.com
teg@simonlawpc.com
*Attorneys for Plaintiff*

Kevin F. Brady
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
kbrady@cblh.com
*Attorneys for Defendant American Airlines, Inc.*

Mike McKool, Jr.
Bradley W. Caldwell
Phillip M. Aurentz
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
mmckool@mckoolsmith.com
bcaldwell@mckoolsmith.com
paurentz@mckoolsmith.com
*Attorneys for Defendant American Airlines, Inc.*

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com
*Attorneys for Defendant eBay, Inc.*

Lauren Murphy Pringle
Fish & Richardson P.C.
222 Delaware Avenue, 17th Fl.
Wilmington, DE 19899-1114
pringle@fr.com
*Attorneys for Defendant Expedia, Inc.*

| | |
|---|---|
| Steven L. Caponi (#3484)<br>Blank Rome LLP<br>1201 Market Street<br>Wilmington, DE 19801<br>caponi@blankrome.com<br>*Attorneys for Defendant Facebook, Inc.* | Dennis P. McCooe<br>Blank Rome LLP<br>One Logan Square<br>Philadelphia, PA 19103<br>mccooe@blankrome.com<br>*Attorneys for Defendant Facebook, Inc.* |

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    POTTER ANDERSON & CORROON LLP
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

1011514/36808/36894