**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WALKER DIGITAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  11-313-SLR |
| | ) | |
| FACEBOOK, INC., FANDANGO, INC. | ) | **JURY TRIAL DEMANDED** |
| EXPEDIA, INC., FROM YOU FLOWERS, LLC, | ) | |
| ELITE TOY STORE, INC., FAST | ) | |
| FURNISHINGS, INC., AMAZON.COM, INC., | ) | |
| EBAY, INC., AMERICAN AIRLINES, INC. and | ) | |
| ZAPPOS.COM, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT AMAZON.COM, INC.'S AND
DEFENDANT ZAPPOS.COM, INC.'S MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Amazon.com, Inc. and

Zappos.com, Inc. respectfully move to dismiss with prejudice the claims against them in

Plaintiff's First Amended Complaint for failure to state a claim upon which relief can be granted.

The grounds for this motion are set forth in Defendants' Memorandum of Law in Support of its

Motion, which is being filed contemporaneously herewith.

Counsel met and conferred regarding this Motion; Plaintiff will oppose.

OF COUNSEL:

Salumeh R. Loesch
Jeffrey S. Love
Todd M. Siegel
Philip Warrich
Garth A. Winn
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 SW Salmon Street, Suite 1600
Portland, OR 97204

Dated: August 15, 2011
1024146 / 36808

POTTER ANDERSON & CORROON LLP


By: __/s/ David E. Moore_____
      Richard L. Horwitz (#2246)
      David E. Moore (#3983)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE 19801
      Tel: (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

*Attorneys for Defendant Amazon.com, Inc. and Zappos.com, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I, David E. Moore, hereby certify that on August 15, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 15, 2011, the attached document was Electronically Mailed to the following person(s):

Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
*Attorneys for Plaintiff*

Anthony G. Simon
Timothy E. Grochocinski
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
Saint Louis, MO 63101
asimon@simonlawpc.com
teg@simonlawpc.com
*Attorneys for Plaintiff*

Kevin F. Brady
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
kbrady@cblh.com
*Attorneys for Defendant American Airlines, Inc.*

Mike McKool, Jr.
Bradley W. Caldwell
Phillip M. Aurentz
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
mmckool@mckoolsmith.com
bcaldwell@mckoolsmith.com
paurentz@mckoolsmith.com
*Attorneys for Defendant American Airlines, Inc.*

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com
*Attorneys for Defendant eBay, Inc.*

William J. Marsden, Jr.
Lauren Murphy Pringle
Fish & Richardson P.C.
222 Delaware Avenue, 17th Fl.
Wilmington, DE 19899-1114
pringle@fr.com
marsden@fr.com
*Attorneys for Defendant Expedia, Inc.*

Neil J. McNabnay
David B. Conrad
Jane J. Du
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
mcnabnay@fr.com
conrad@fr.com
jjdu@fr.com
*Attorneys for Defendant Expedia, Inc.*

John W. Shaw
Karen E. Keller
Pilar G. Kraman
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
kkeller@ycst.com
pkraman@ycst.com
*Attorneys for Defendant Fandango, Inc.*

By:    */s/ David E. Moore*
       Richard L. Horwitz
       David E. Moore
       POTTER ANDERSON & CORROON LLP
       Tel: (302) 984-6000
       rhorwitz@potteranderson.com
       dmoore@potteranderson.com

1011514/36808/36894