# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-313-SLR |
| | ) |
| FANDANGO, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Walker Digital LLC and counsel for Defendants Expedia, Inc., Amazon.com, Inc. and Zappos.com, Inc. subject to the approval of the Court, that the Protective Order entered February 14, 2012 (D.I. 88) is amended as follows: Documents, depositions transcripts and other information relating to Walker Digital, LLC's ownership of patents asserted in this Court or standing to bring suit in this Court may be used in other cases filed in this Court by Walker Digital, LLC, in which its ownership of the patents-in-suit or standing to bring suit may be disputed, including but not limited to D. Del. Case Nos. 11-cv-0315-SLR, 12-cv-0140-SLR, 12-cv-0141-SLR, 12-cv-0142-SLR and 11-cv-0320-GMS. The documents and other information will be subject to any protective orders entered in those cases.

DATED:  January 31, 2013                                           Respectfully submitted,

BAYARD, P.A.                                                                    FISH & RICHARDSON P.C.

By:  *Stephen B. Brauerman*                                     By:  */s/ Gregory R. Booker*
    Richard D. Kirk (#922)                                           William J. Marsden, Jr. (#2247)
    Stephen B. Brauerman (#4952)                              Gregory R. Booker (#4784)
    222 Delaware Avenue, Suite 900                            222 Delaware Avenue, 17th Floor
    Wilmington, DE  10899                                              P.O. Box 1114
    Tel:  (302) 655-5000                                                     Wilmington, DE  19801
    rkirk@bayardlaw.com                                                Tel:  (302) 652-5070
    sbrauerman@bayardlaw.com                                  marsden@fr.com
                                                                                   booker@fr.com

OF COUNSEL:                                                                  OF COUNSEL:

Anthony G. Simon                                                         Ahmed J. Davis
Benjamin R. Askew                                                       Linhong Zhang
Michael P. Kella                                                              Gabriel Olander
THE SIMON LAW FIRM, PC                                          FISH & RICHARDSON P.C.
800 Market Street, Suite 1700                                      1425 K Street, N.W., 11th Floor
St. Louis, MO  63101                                                     Washington, D.C. 20005
Tel:  (314) 241-2929                                                       Tel:  (202) 783-5070

Timothy E. Grochocinski                                             ***Attorneys For Defendant Expedia, Inc.***
INNOVALAW, P.C.
1900 Ravinia Place
Orland Park, IL  60462
Tel:  (708)  675-1975

***Attorneys for Plaintiff Walker Digital, LLC***

                                                                                         POTTER ANDERSON & CORROON LLP

                                                                                         By:  */s/ Richard L. Horwitz*
                                                                                            Richard L. Horwitz (#2246)
                                                                                            David E. Moore (#3983)
                                                                                            Bindu A. Palapura (#5370)
                                                                                            Hercules Plaza, 6th Floor
                                                                                            1313 N. Market Street
                                                                                            Wilmington, DE  19801
                                                                                            Tel:  (302) 984-6000
                                                                                            rhorwitz@potteranderson.com
                                                                                            dmoore@potteranderson.com
                                                                                            bpalapura@potteranderson.com

OF COUNSEL:

Eliza V. Bechtold
Klaus H. Hamm
Salumeh R. Loesch
Jeffrey S. Love
Kristen L. Reichenbach
Todd M. Siegel
Carla Todenhagen
Philip Warrick
Garth A. Winn
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Tel:  (503) 595-5300

***Attorneys for Defendants Amazon.com, Inc. and Zappos.com, Inc.***

IT IS SO ORDERED this ____ day of _____, 2013.

_____
The Honorable Sue L. Robinson
United States District Judge

1092303/36808