# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-313-SLR |
| ) | |
| FANDANGO, INC. EXPEDIA, INC., ) | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC., EBAY, INC., ) | |
| AMERICAN AIRLINES, INC. and ) | |
| ZAPPOS.COM, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on February 22, 2013, upon the following attorneys of record as indicated below:

**SUPPLEMENTAL EXPERT REPORT OF WARD A. HANSON, PH.D. REGARDING THE VALIDITY OF U.S. PATENT NOS. 7,831,470 AND 7,827,056 (CONTAINS ATTORNEY'S EYES ONLY I NFORMATION)**

## VIA ELECTRONIC MAIL

Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
*Attorneys for Plaintiff*

Timothy E. Grochocinski
InnovaLaw, P.C.
1900 Ravinia Place
Orland Park, IL 60462
teg@innovalaw.com
*Attorneys for Plaintiff*

Anthony G. Simon
Michael P. Kella
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
Saint Louis, MO 63101
*ipteam@simonlawpc.com*
*Attorneys for Plaintiff*

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Eliza V. Bechtold<br>Klaus H. Hamm<br>Salumeh R. Loesch<br>Jeffrey S. Love<br>Kristen L. Reichenbach<br>Todd M. Siegel<br>Carla Todenhagen<br>Philip J. Warrick<br>Garth A. Winn<br>KLARQUIST SPARKMAN, LLP<br>One World Trade Center<br>121 SW Salmon Street, Suite 1600<br>Portland, OR  97204<br>Tel:  (503) 595-5300 | By:  */s/ David E. Moore*<br>      Richard L. Horwitz (#2246)<br>      David E. Moore (#3983)<br>      Hercules Plaza, 6th Floor<br>      1313 N. Market Street<br>      Wilmington, DE  19801<br>      Tel:  (302) 984-6000<br>      rhorwitz@potteranderson.com<br>      dmoore@potteranderson.com<br><br>*Attorneys for Defendants Amazon.com, Inc.*<br>*and Zappos.com, Inc*. |

Dated:  February 25, 2013
1095926 / 36808

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 25, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 25, 2013, the attached document was Electronically Mailed to the following person(s):

Richard D. Kirk
Stephen B. Brauerman
Vanessa R. Tiradentes
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
*Attorneys for Plaintiff*

Anthony G. Simon
Michael P. Kella
Benjamin R. Askew
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
Saint Louis, MO 63101
*ipteam@simonlawpc.com*
*Attorneys for Plaintiff*

Timothy E. Grochocinski
InnovaLaw, P.C.
1900 Ravinia Place
Orland Park, IL 60462
teg@innovalaw.com
*Attorneys for Plaintiff*

William J. Marsden, Jr.
Gregory R. Booker
Fish & Richardson P.C.
222 Delaware Avenue, 17th Fl.
Wilmington, DE 19899-1114
marsden@fr.com
booker@fr.com
*Attorneys for Defendant Expedia, Inc.*

Gabriel D. Olander
Ahmed J. Davis
Linhong Zhang
Fish & Richardson P.C.
1425 K Street, NW, 11th Floor
Washington, DC 20005
olander@fr.com
adavis@fr.com
lwzhang@fr.com
*Attorneys for Defendant Expedia, Inc.*

Neil J. McNabnay
David B. Conrad
Jane J. Du
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
mcnabnay@fr.com
conrad@fr.com
jjdu@fr.com
*Attorneys for Defendant Expedia, Inc.*

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

1045395/36808/36894